11/26/2007 16:41 FAX 415 296 8730    MARTIN GUAJARDO LAW OFCS    Case 4:07-mj-70640-MRGD    Document 6    Filed 11/26/2007    Page 1 of 3    ☑002

NOV-26-2007  16:23    US ATTY SF    4366927    P.02

1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DEBORAH R. DOUGLAS (NYBN 2099372)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile: (510) 637-3724
        E-Mail: deborah.r.douglas@usdoj.gov
8
    Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12
    UNITED STATES OF AMERICA,           )    No. CR4-07-70640 WDB
13                                       )
                    Plaintiff,           )    STIPULATION AND [PROPOSED]
14                                       )    ORDER FOR CONTINUANCE AND
                    v.                   )    EXCLUSION OF TIME UNDER THE
15                                       )    SPEEDY TRIAL ACT, 18 U.S.C. § 3161
    JOSE De JESUS GUZMAN-BAEZ,           )    ET SEQ.
16                                       )
                    Defendant.           )
17   _____)

18

19          Plaintiff United States of America, by and through its counsel of record, and defendant Jose

20   De Jesus Guzman-Baez, by and through his counsel of record, Martin Resendez Guajardo, Esq.,

21   hereby stipulate as follows:

22          1.   On November 7, 2007, defendant was initially presented on the above-captioned

23   criminal complaint after his arrest on November 6, 2007. Assistant Federal Public Defender Hilary

24   Fox was provisionally appointed to represent the defendant. On November 13, 2007, AFPD Fox

25   stated on the record that defendant intended to retain private counsel. On November 20, 2007,

26   attorney Martin Guajardo specially appeared on behalf of the defendant and waived the timing of

27   the preliminary hearing or arraignment on an indictment to Monday, December 3, 2007, at 10 a.m.

28

STIPULATION AND ORDER

2.  The parties stipulate and request that this matter be continued from Monday, December 3, 2007, to Monday, December 10, 2007, at 10 a.m. to allow the parties the opportunity to resolve this case prior to indictment.  A continuance will also provide the defendant with an opportunity to pursue appointment of retained counsel to generally represent him in these proceedings. Defendant's counsel will need time to review the discovery and perform the other tasks involved in effective preparation.

3.  For the foregoing reasons, the parties stipulate and agree that the ends of justice served by the continuance requested outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and adequate time to prepare, taking into account the exercise of due diligence, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The parties therefore stipulate and agree that the time from which the proposed order is signed through December 10, 2007 should be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. §§ 3161(b) and (h).

Dated: 11|26|07

DEBORAH R. DOUGLAS
Assistant United States Attorney

Dated: 11/26/07

MARTIN RESENDEZ GUAJARDO, Esq.
Attorney for Defendant

STIPULATION AND ORDER

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the requested continuance would deny defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT this matter, currently scheduled for December 3, 2007, shall be continued to December 10, 2007, at 10 a.m. for identification of counsel and a preliminary hearing or arraignment on an indictment, and that the time from the signing of this order through December 10, 2007 shall be excluded in computing the time within which an information or an indictment must be filed pursuant to 18 U.S.C. §§ 3161(b) and (h).

IT IS SO ORDERED.

Dated: _____

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION AND ORDER